IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLE STAGNARO, and DOUG STAGNARO,<br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 16-3535 |

# O R D E R

**AND NOW**, this 30th day of April, 2019, upon consideration of defendant's Motion to Preclude the Testimony and Opinions of Norman I. Badler (Document No. 35, filed May 18, 2018), Plaintiffs' Opposition to Defendants' Motion to Preclude the Trial Testimony of Dr. Norman Badler (Document No. 43, filed June 1, 2018), defendant's Motion to Preclude the Testimony and Opinions of Kenneth J. Stoyack (Document No. 36, filed May 18, 2018), Plaintiffs' Opposition to Defendants' Motion to Preclude the Trial Testimony of Kenneth Stoyack (Document No. 46, filed June 8, 2018), Plaintiffs' Motion to Preclude the Trial Testimony of Mr. Lawrence Dinoff (Document No. 37, filed May 18, 2018), Response in Opposition to Plaintiffs' Motion to Preclude the Testimony of Mr. Lawrence Dinoff (Document No. 44, filed June 1, 2018), Plaintiffs' Motion to Preclude the Trial Testimony of Dr. Ruhi Arslanoglu (Document No. 38, filed May 18, 2018), Response in Opposition to Plaintiffs' Motion to Preclude the Testimony of Dr. Ruhi Arslanoglu (Document No. 40, filed June 1, 2018), Motion for Summary Judgment of Target Corporation (Document No. 39, filed May 18, 2018), Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Document No. 45, filed June 8, 2018), Reply Brief in Support of Target Corporation's Motion for Summary Judgment (Document No. 49, filed June 15, 2018), and Plaintiffs' Surreply in Opposition to

Defendant's Motion for Summary Judgment (Document No. 52, filed July 9, 2018), for the reasons set forth in the accompanying Memorandum dated April 30, 2019, **IT IS ORDERED,** as follows:

1. Defendant's Motion to Preclude the Testimony and Opinions of Dr. Norman I. Badler is **GRANTED**.

2. Defendant's Motion to Preclude the Testimony and Opinions of Kenneth J. Stoyack is **GRANTED.**

3. Plaintiffs' Motion to Preclude the Trial Testimony of Lawrence Dinoff is **GRANTED.**

4. Plaintiffs' Motion to Preclude the Trial Testimony of Dr. Ruhi Arslanoglu is **GRANTED**.

5. Motion for Summary Judgment of Target Corporation is **GRANTED**.  **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Target Corporation, and **AGAINST** plaintiffs, Carole and Doug Stagnaro.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

           **BY THE COURT:**

           /s/ Hon. Jan E. DuBois

           **DuBOIS, JAN E., J.**